**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:22-cv-09362-JLS-JPR | Date: May 19, 2024 |
| Title:  Anthony DeSola v. OConnor Healthcare Consulting LLC | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On February 1, 2024, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  (*See* OSC, Doc. 34.)  The Order gave Plaintiff until February 8, 2024, to provide a written response explaining why the Court should not dismiss the action; the Court also explained that another appropriate response would be to file a motion for entry of default judgment, given that the Clerk had entered default against Defendant.  (*Id.* at 1.)  Plaintiff failed to respond.  It is now more than three months past the deadline that the Court set for Plaintiff's response.  Therefore, the Court DISMISSES this action WITH PREJUDICE for failure to prosecute.

Initials of Deputy Clerk: cr